| | |
|---|---|
| Jonathan Shub (SBN 237708)<br>jshub@shublawyers.com<br>Kevin Laukaitis<br>klaukaitis@shublawyers.com<br>SHUB LAW FIRM LLC<br>134 134 Kings Hwy E Fl 2<br>Haddonfield, NJ 08033<br>Telephone: 856-772-7200 | Gary T. Lafayette (SBN 88666)<br>glafayette@lkclaw.com<br>Brian H. Chun (SBN 215417)<br>bchun@lkclaw.com<br>LAFAYETTE & KUMAGAI LLP<br>1300 Clay Street, Suite 810<br>Oakland, California 94612<br>Telephone: (415) 357-4600 |
| Spencer Sheehan (*Pro Hac Vice*)<br>spencer@spencersheehan.com<br>SHEEHAN & ASSOCIATES, P.C.<br>60 Cuttermill Road Ste 412<br>Great Neck, NY 11021<br>Telephone: 516-268-7080 | Steven A. Zalesin (*Pro Hac Vice*)<br>sazalesin@pbwt.com<br>Jane Metcalf (*Pro Hac Vice*)<br>jmetcalf@pbwt.com<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Telephone (212) 336-2110 |
| *Attorneys for Plaintiff and the Proposed Class* | *Attorneys for Defendant Fairlife LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMED JAVED, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FAIRLIFE LLC,<br><br>Defendant. | Case No. 21-cv-04182-JD<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

**IT IS STIPULATED AND AGREED BETWEEN THE PARTIES**, through their undersigned counsel, that Plaintiff hereby voluntarily discontinues and dismisses this action, with prejudice. Plaintiff shall take nothing from this action, and the parties shall bear their own costs and attorney's fees.

Dated: December 9, 2022

By: *Jonathan Shub*

Jonathan Shub (SBN 237708)
jshub@shublawyers.com
Kevin Laukaitis
klaukaitis@shublawyers.com
SHUB LAW FIRM LLC
134 134 Kings Hwy E Fl 2
Haddonfield, NJ 08033
Telephone: (856) 772-7200

Spencer Sheehan (*Pro Hac Vice*)
spencer@spencersheehan.com
SHEEHAN & ASSOCIATES, P.C.
60 Cuttermill Road Ste 412
Great Neck, NY 11021
Telephone: (516) 268-7080

*Attorneys for Plaintiff and the Proposed Class*

By: /s/ Steven A. Zalesin

Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
bchun@lkclaw.com
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600

Steven A. Zalesin (*Pro Hac Vice*)
sazalesin@pbwt.com
Jane Metcalf (*Pro Hac Vice*)
jmetcalf@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2110

*Attorneys for Defendant Fairlife LLC*

The dismissal is without prejudice to the claims of the absent putative class members.

SO ORDERED:

_____
JAMES DONATO
United States District Judge

STIPULATION AND ORDER
DISMISSING ACTION
WITH PREJUDICE
CASE NO. 21-CV-04182-JD